FILED
2021 NOV 16
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MATTHEW JONES,<br><br>            Defendant. | Case No. 2:21 cr 436 DS<br><br> ORDER GRANTING MOTION FOR PROTECTIVE ORDER<br><br>Magistrate Judge Dustin Pead |

Based upon the United States' Motion for Protective Order, and stipulation of the parties, the Court hereby finds that a protective order is necessary and appropriate in this case to prevent harmful disclosure of the personal identifying information of various individuals, while still preserving the defendant's right to a fair trial and meaningful discovery.  Pursuant to the Court's authority under Federal Rule of Criminal Procedure 16(d) (l), it is HEREBY ORDERED:

1.     That the United States provide the defendant unredacted copies of the discovery in this matter including documents that contain the personal identifying information of third parties.

2.     The unredacted documents produced to the defendant pursuant to this order shall not be disclosed or made available for inspection or copying to any person, other than as permitted in Paragraph 3.

3.     Unredacted documents provided to the defendant pursuant to this order may be

further disclosed to the following people: (a) counsel for the defendant; (b) associates, secretaries, paralegals, private investigators, forensic accountants and other employees or independent contractors of such attorney to the extent necessary to render professional services in this criminal prosecution; and (c) court officials involved in this case.

4.      The defendant and counsel stipulate to the protective order. Copies of the unredacted discovery, photographs of the discovery shall not be provided to the defendant nor will the defendant be allowed to make handwritten copies of the unredacted discovery.

5.      Persons obtaining access to the documents produced pursuant to this order shall use the information only for the preparation and conduct of this criminal trial, and any connected hearings or appeals.  No information disclosed pursuant to this order shall be used for any other purpose or any other proceeding.

6.      Within 90 days of the conclusion of this case, all documents produced pursuant to this order, and all copies thereof (other than exhibits of the court) shall be returned to the United States Attorney's Office.  Alternatively, counsel for the defendant may inform the United States Attorney's Office in writing that all such copies have been destroyed.

7.      Counsel for the defendant is responsible for employing reasonable measures to control duplication of, and access to, the unredacted discovery documents.

//

//

//

//

8.      The provisions of this order governing disclosure and use of the documents shall

not terminate at the conclusion of this criminal prosecution.


Dated this 16th day of November 2021.

_____
Dustin Pead
United States District Court
Magistrate Judge