PS8 - D/UT 02/19

**UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH**

**Petition and Order for Action on Conditions of Pretrial Release**

| | | | |
|---|---|---|---|
| Name of Defendant: | Matthew Jones | Docket Number: | 2:21CR00436-001 |

Name of Judicial Officer:   Honorable Dustin B. Pead
                            Chief U.S. Magistrate Judge

Date of Release:   November 15, 2021

**PETITIONING THE COURT**

To issue a Summons: ███████████████████████████████████

**CAUSE**

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about December 5, 2021, the defendant used or unlawfully possess a narcotic drug and other controlled substances; to wit: Marijuana

Evidence in support of this allegation include records kept by the Pretrial Services Office.

I declare under penalty of perjury that the foregoing is true and correct.

By   Jennifer E.M. Wollitz
     U.S. Pretrial Services Officer
     Date: December 21, 2021

**THE COURT ORDERS:**

☒ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____

Honorable Dustin B. Pead
Chief U.S. Magistrate Judge

Date:   12/21/2021